## 934 CASES REPORTED WITH BRIEF SYLLABI.

OSIAS BRAND v. KAYE & FRIEDHEIM, INC.— Motion· to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ANNIE RAPPAPORT v. LENA WILLIAMSON.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JOHN R. BANKS v. LOUIS LEIBMAN and Others.— Motion to dismiss appeal granted, without costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

DOMINICK ANGIULO v. JACOB BRUCK and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of KARLENE E. KING, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with the terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

GESINE SCHENKER v. HENRY DOSCHER, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MICHAEL PISCATELLI, an Infant, etc., v. MICHAEL L. BIRD.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

PERKINS-GOODWIN COMPANY v. P. H. KEAHON, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

BUILDERS BRICK AND SUPPLY COMPANY, INC., v. WALSH TRANSPORTATION COMPANY, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of HENRY D. MERCHANT v. WILLIAM F. SCHNEIDER, as Clerk of the County of New York.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of DAVID HIRSHFIELD, as Commissioner of Accounts, v. STEPHEN J. HANLEY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of REID's MILL LANE (In the Matter of CARL CHRISTIAN).— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of PETER C. KELLY, an Attorney.— Reference ordered to Hon. John W. Goff, official referee. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

JOSEPH H. COHEN, Respondent, v. CHARLES B. TOOLE, Appellant, Impleaded with Others.— Judgment and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.